No. D–1571. IN RE DISBARMENT OF PECK. It is ordered that Michael Allan Peck, of Hartford, Conn., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1572. IN RE DISBARMENT OF GIAMPA. It is ordered that Richard L. Giampa, of Peekskill, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1573. IN RE DISBARMENT OF HOPPMANN. It is ordered that Barbara E. Hoppmann, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. 94–8845. TABAS v. UNITED STATES. C. A. 3d Cir. Motion of petitioner to consolidate this petition with No. 94–7427, *Libretti* v. *United States* [certiorari granted, 514 U. S. 1035], denied.

No. 94–805. BUSH, GOVERNOR OF TEXAS, ET AL. v. VERA ET AL.;
No. 94–806. LAWSON ET AL. v. VERA ET AL.; and
No. 94–988. UNITED STATES v. VERA ET AL. Appeals from D. C. S. D. Tex. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 861 F. Supp. 1304.

No. 94–923. SHAW ET AL. v. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL.; and
No. 94–924. POPE ET AL. v. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. Appeals from D. C. E. D. N. C. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 861 F. Supp. 408.

No. 94–1654. HEISER ET AL. v. UMBEHR. C. A. 10th Cir. Certiorari granted.